**No. 10-133. Sami Chemicals and Extracts, Ltd., Petitioner v. David J. Kappos, Under Secretary of Commerce for Intellectual Property and Director, Patent and Trademark Office.**

562 U.S. 895, 131 S. Ct. 319, 178 L. Ed. 2d 145, 2010 U.S. LEXIS 6425.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 367 Fed. Appx. 150.

**No. 10-134. Guadalupe Morales, Petitioner v. Odyssey Healthcare, Inc., et al.**

562 U.S. 895, 131 S. Ct. 319, 178 L. Ed. 2d 145, 2010 U.S. LEXIS 6282.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Texas denied.

Same case below, 310 S.W.3d 419.

**No. 10-138. Victor Madeja, Petitioner v. Pennsylvania.**

562 U.S. 895, 131 S. Ct. 319, 178 L. Ed. 2d 145, 2010 U.S. LEXIS 6243, ▮

October 4, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 988 A.2d 724.

**No. 10-139. Grazyna H. Christman, Petitioner v. Utica National Insurance Group, Inc.**

562 U.S. 895, 131 S. Ct. 321, 178 L. Ed. 2d 145, 2010 U.S. LEXIS 6094, ▮

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 375 Fed. Appx. 106.

**No. 10-140. Joseph Carey, Petitioner v. United States.**

562 U.S. 895, 131 S. Ct. 322, 178 L. Ed. 2d 145, 2010 U.S. LEXIS 6218.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 602 F.3d 738.

**No. 10-142. Michael Joseph Singleton, Petitioner v. California.**

562 U.S. 895, 131 S. Ct. 322, 178 L. Ed. 2d 145, 2010 U.S. LEXIS 6361.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

Same case below, 182 Cal. App. 4th 1, 105 Cal. Rptr. 3d 628.

**No. 10-143. John A. Shepardson, as Trustee for the Estate of Clara Jean Shepardson, Petitioner v. S. Todd Mitchell.**

562 U.S. 895, 131 S. Ct. 322, 178 L. Ed. 2d 145, 2010 U.S. LEXIS 6669.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

**No. 10-144. James D. Schneller, Petitioner v. Able Home Care Inc., et al.**

562 U.S. 895, 131 S. Ct. 322, 178 L. Ed. 2d 145, 2010 U.S. LEXIS 6668, ▮

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.